DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONATHAN PADILLA,**
Appellant,

v.

**CAPITAL ONE, N.A.,**
Appellee.

No. 4D2024-2594

[January 22, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert W. Lee, Judge; L.T. Case No. COCE23-059765.

Jonathan Padilla, Cooper City, pro se.

Michael A. Gold and Kevin Spinozza of Pollack & Rosen, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***